# DAVID ZAPP

48 EAST 92ⁿᵈ STREET • SUITE 2 • NEW YORK, NEW YORK 10128
212-410-3351 • ESPAÑOL 212-410-2041 • FAX 917-492-1879
ATTORNEY
DISTRICT OF COLUMBIA, NEW YORK, NEW JERSEY BARS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 3 2012
```

May 22, 2012

Judge J. Paul Oetken
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: U.S. v. Zemlyansky et al (**Dmitry Slobyanski**) 12 CR 00171
    Request to travel

Dear Judge Oetken,

Defendant Dmitry Sloboyanski is requesting permission to travel with his family on this Memorial Day weekend. His family owns a residence in the Poconos. He is requesting to travel on Friday, May 25, 2012 and to return on Monday, May 27, 2012.

Defendant is currently on electronic monitoring and has been advised by his pre trial officer the Court had to make the determination whether or not he would he be allowed to travel.

The Government has not given its consent "as per pre-trial services home detention policy" and they object. Should the Court grant the motion, Defendant will make all particulars of the travel arrangements available to the pre trial officer.

I am sorry to have to bother Your Honor with this request.

Faithfully yours,

David Zapp
Attorney for Dmitry Solnyanski

cc: Daniel Goldman AUSA
    Franco Furelli, Pre Trial Officer

**APPLICATION DENIED:**

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE    5/23/12