# DAVID ZAPP

46 EAST 92nd STREET ˝ SUITE 2 ˝ NEW YORK, NEW YORK 10128
212-410-3351 ˝ ESPAÑOL 212-410-2041 ˝ FAX 917-492-1879

ATTORNEY

DISTRICT OF COLUMBIA, NEW YORK, NEW JERSEY BARS

September 4, 2013

Judge J. Paul Oetken
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: U.S. v. Zemlyansky et al (**Dmitry Slobyanski**) 12 CR 00171

Dear Judge Oetken,

Attached please find the photographs and letters from friends and family that were referenced in defendant's previously filed sentencing submission.

Faithfully yours,

/s/David Zapp
Attorney for Dmitry Slobyanski

cc: Daniel Goldman AUSA